1  SCOTT N. SCHOOLS (SCBN 0999)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant U.S. Attorney
5
6  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
   Telephone: (415) 436-7223
7  Facsimile: (415) 436-7234
8  Attorneys for the United States
9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        )  CRIMINAL NO.
14 |         Plaintiff,               )  3 - 0 7 - 7 0 7 2 1
   |                                  )  NOTICE OF PROCEEDINGS ON
15 |    v.                            )  OUT-OF-DISTRICT CRIMINAL
   |                                  )  CHARGES PURSUANT TO RULES
16 | MICHAEL CHENG,                   )  5(c)(2) AND (3) OF THE FEDERAL
   |    a/k/a/ Michael Huynh, a/ka/a Michael )  RULES OF CRIMINAL PROCEDURE
17 |    Huynh-Cheng                   )
   | JIM ARCHULETTA,                  )
18 |    a/k/a/ David Goldberg,        )
   | KIMBERLY WHITEHOUSE,             )
19 | NANCY SUMMERSGILL,               )
   |    a/k/a/ Brenda Nishikana, a/k/a/ Karen )
20 |    Nedley, a/k/a/ Mari Kitagawa, a/k/a/ )
   |    Audrey Peterson, a/k/a/ Kylie Small, )
21 |    a/k/a/ Sylvia Wong,           )
   | EFREN GONZALEZ,                  )
22 | PAUL ANDERSON, and               )
   | VICKI NGUYEN,                    )
23 |                                  )
   |         Defendants.              )
24 |                                  )
   |                                  )
25

26     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
27  Procedure that on November 30, 2007 the above named defendants were arrested based upon an
28  arrest warrant (copy attached) issued upon a Criminal Complaint pending in the Eastern District

*MEJ* (stamp)

1  of Virginia Case Number 1: 07mj1038.

2      The defendants are all charged with a violation of 21 U.S.C. Sections 846 and 841(a)(1)–
3  Conspiracy to distribute more than 5 kilograms or more of a detectable amount of cocaine, a
4  Schedule II Controlled Substance.

                                                                                          Respectfully Submitted,

                                                                                          SCOTT N. SCHOOLS
                                                                                          UNITED STATES ATTORNEY

Date: 12/4/07

                                                                                          BARBARA SILANO
                                                                                         Assistant U.S. Attorney

AO 442 (Rev. 12

# United States District Court

EASTERN        DISTRICT OF        VIRGINIA

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

MICHAEL CHENG,
a/k/a Michael Huynh, and Michael Huynh-Cheng

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Michael Cheng_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**
**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

_Barry R. Poretz_
Name of Issuing Officer

_U.S. Magistrate Judge_
Title of Issuing Officer

_[signature]_
Signature of Issuing officer

_November 30, 2007, Alexandria, VA_
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 44

# United States District Court

_____EASTERN_____ DISTRICT OF _____VIRGINIA_____

UNITED STATES OF AMERICA

V.

EFREN GONZALEZ

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: _____Efren Gonzalez_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**
**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Barry R. Poretz
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing officer

November 30, 2007, Alexandria, VA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

EASTERN     DISTRICT OF     VIRGINIA

UNITED STATES OF AMERICA

V.

PAUL ANDERSON

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: _____Paul Anderson_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

_Barry R. Poretz_
Name of Issuing Officer

_U.S. Magistrate Judge_
Title of Issuing Officer

_[signature]_
Signature of Issuing officer

_November 30, 2007, Alexandria, VA_
Date and Location

Bail fixed at $ _____     by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Re...

# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

UNITED STATES OF AMERICA

V.

VICKI NGUYEN

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: ___Vicki Nguyen___
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**
**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

___Barry R. Poretz___         ___U.S. Magistrate Judge___
Name of Issuing Officer        Title of Issuing Officer

___[signature]___              ___November 30, 2007, Alexandria, VA___
Signature of Issuing officer   Date and Location

Bail fixed at $ _____    by _____
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Re

# United States District Court

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

KIMBERLY WHITEHOUSE

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Kimberly Whitehouse _____

and bring him or her forthwith to the nearest magistrate to answer a(n)  **INFORMATION COPY ONLY**

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

charging him or her with (brief description of offense)

Conspiracy - to distribute cocaine, a Schedule II controlled substance

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

_Barry R. Poretz_                    _U.S. Magistrate Judge_
Name of Issuing Officer              Title of Issuing Officer

_[signature]_                        November 30, 2007, Alexandria, VA
Signature of Issuing officer         Date and Location

Bail fixed at $ _____  by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

COPY COPY COPY

AO 442 (Rev.

# United States District Court

EASTERN ____ DISTRICT OF ____ VIRGINIA

UNITED STATES OF AMERICA

V.

NANCY SUMMERSGILL, a/k/a Brenda Nishikana,
Karen Nedley, Mari Kitagawa, Audrey Peterson,
Kylie Small, and Sylvia Wong

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____ Nancy Summersgill ____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy -to distribute cocaine, a Schedule II controlled substance

**INFORMATION COPY ONLY**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL**

RECEIVED U.S. MARSHALS ALEXANDRIA VA '07 NOV 30 P 4:20

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Barry R. Poretz
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing officer

November 30, 2007, Alexandria, VA
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

COPY  COPY  COPY

AO 442

# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

UNITED STATES OF AMERICA

V.

**JIM ARCHULETTA**
a/k/a David Goldberg

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Jim Archuletta**_____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
**Conspiracy -to distribute cocaine, a Schedule II controlled substance**

*INFORMATION COPY ONLY*
*NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL*

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

**Barry R. Poretz**
Name of Issuing Officer

**U.S. Magistrate Judge**
Title of Issuing Officer

_[signature]_
Signature of Issuing officer

**November 30, 2007, Alexandria, VA**
Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |