| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 0999)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | BARBARA BRENNAN SILANO (MASSBAR 055540)<br>Assistant U.S. Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave (11th Floor)<br>San Francisco, CA 94102<br>Telephone: (415) 436-7223 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for the United States |



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3-07-70721 MEJ |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER AND STIPULATION TO CONTINUE DATE OF APPEARANCE IN THE EASTERN DISTRICT OF VIRGINIA |
| MICHAEL CHENG,<br>  a/k/a/ Michael Huynh, a/ka/a Michael Huynh-Cheng<br>JIM ARCHULETTA,<br>  a/k/a/ David Goldberg,<br>KIMBERLY WHITEHOUSE,<br>NANCY SUMMERSGILL,<br>  a/k/a/ Brenda Nishikana, a/k/a/ Karen Nedley, a/k/a/ Mari Kitagawa, a/k/a/ Audrey Peterson, a/k/a/ Kylie Small, a/k/a/ Sylvia Wong,<br>EFREN GONZALEZ,<br>PAUL ANDERSON, and<br>VICKI NGUYEN,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

The United States of America and Nancy Summersgill, through her attorney Edwin Prather, hereby stipulated and agree as follows: The defendant waives time for a preliminary hearing or indictment, and continues the date for the first appearance in the Eastern District of Virginia until

1 | January 22, 2008, or earlier if summoned to appear at an earlier date.

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: 12/20/2007

BARBARA SILANO
Assistant U.S. Attorney

EDWIN PRATHER /NICOLE HOWELL, for
Counsel for Nancy Summersgill

SO ORDERED:

12/20/07

THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE