1  EDWIN K. PRATHER (State Bar No. 190536)
   CLARENCE & DYER LLP
2  899 Ellis Street
   San Francisco, California 94109
3  Telephone: 415.749.1800
   Facsimile: 415.749.1694
4  Email: eprather@clarencedyer.com

5  Attorneys for Defendant Nancy Summersgill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 3-07-70721 MEJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION TO A TERM AND CONDITION OF DEFENDANT NANCY SUMMERSGILL'S PRETRIAL RELEASE** |
| v. | |
| NANCY SUMMERSGILL, | |
| Defendants. | |

Defendant Nancy Summersgill was released by this Court on December 11, 2007, and ordered to appear in the Eastern District of Virginia for case no. 1:08CR0008GBL. On January 14, 2008, Ms. Summersgill in fact appeared in the Eastern District of Virginia and entered a guilty plea as to that matter. She is scheduled to return for sentencing on April 25, 2008.

Ms. Summersgill's conditions of release restrict her movement to the Northern District of California, the Eastern District of Virginia and the state of Hawaii. Defendant Summersgill requests that this condition be modified so that she may also travel to the District of Columbia with the approval of Pretrial Services.

Ms. Betty Kim, defendant Summersgill's Pretrial Services Officer, has indicated her consent to the Court's modification of this term of defendant Summersgill's pretrial release.

///

Page 1

Stipulation and [Proposed] Order For Modification to a Term and Condition of
Defendant Nancy Summersgill's Pretrial Release [Case No.: CR 3-07-70721 MEJ]

Similarly, the prosecutor in defendant Summersgill's matter in the Eastern District of Virginia, Assistant United States Attorney Dennis M. Fitzpatrick consents to the Court's modification of this term of defendant Summersgill's pretrial release.

IT IS SO ORDERED.

Dated:   January ____, 2008

_____
MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Approved as to form:


  /s/                           _____
EDWIN K. PRATHER
Clarence & Dyer LLP
Attorneys for Defendant Nancy Summersgill



  /s/                           _____
DENNIS M. FITZPATRICK
Assistant United States Attorney

Page 2

Stipulation and [Proposed] Order For Modification to a Term and Condition of
Defendant Nancy Summersgill's Pretrial Release [Case No.: CR 3-07-70721 MEJ]

Proof of Service

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109;  I am employed in the County of San Francisco.

On January 24, 2008, I served a copy, with all exhibits, of the following documents:

• STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION TO A TERM AND CONDITION OF DEFENDANT NANCY SUMMERSGILL'S PRETRIAL RELEASE

___X___  (BY FAX)  By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine.  Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

___X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746,   Local Rules or General Orders of this Court regarding Electronic Case Filing.  All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

By Email
**Dennis Fitzpatrick**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
Email: dennis.fitzpatrick@usdoj.gov

By Fax:
Pretrial Services, San Francisco Office
Betty Kim
450 Golden Gate Avenue, Rm. 5497
San Francisco, CA  94102
Fax: (415) 436-7517

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/:  Abbie Chin
Abbie Chin

Page 3

Stipulation and [Proposed] Order For Modification to a Term and Condition of
Defendant Nancy Summersgill's Pretrial Release [Case No.: CR 3-07-70721 MEJ]